**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:20-cv-80677-UU

SA PALM BEACH LLC,

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, *et al.*,

      Defendants.

_____/

## **FINAL JUDGMENT**

THIS CAUSE having come before the Court upon the Plaintiffs' Unopposed Motion for Entry of Final Judgment (D.E. 45). The Court has considered the request, the Court's Order Granting Defendants' Motion to Dismiss, the record, and is otherwise fully advised in the premises.

Pursuant to Fed. R. Civ. P. 58 and this Court's Order dated December 9, 2020 dismissing this action with prejudice, denying leave to amend, and directing the Clerk to close this action (D.E. 44), and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 45) is GRANTED. Final judgment is entered against Plaintiff and in favor of Defendants, upon Plaintiffs' Amended Complaint herein. Further, for the reasons set forth in this Court's Order dated December 9, 2020 (D.E. 44), this Court declares the Plaintiff's losses incurred in connection with the Closure Order are not insured losses under the Defendants' Policies and Defendants are not obligated to pay Plaintiff for any business income losses incurred in connection with the Closure Order with any of the allegations in Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this 21st__ day of December, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record

2