IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14812-GG

_____

SA PALM BEACH, LLC,
on behalf of itself and all others similarly situated,

> Plaintiff - Appellant,

versus

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
UNDERWRITERS AT LLOYDS LONDON KNOWN AS
SYNDICATES CNP 4444, AFB 2623, AFB 623,
BRT, 2987, BRT 2988, NEO 2468, SAM 727,
AXS1686, XIS H4202, QBE 1886, DUW 1729,
WBC 5886, CHN 2015, HDU 382, MSP 318, AGR,

> Defendants - Appellees.

_____

No. 21-10190-GG

_____

EMERALD COAST RESTAURANTS, INC.,

> Plaintiff - Appellant,

versus

ASPEN SPECIALTY INSURANCE COMPANY,

> Defendant - Appellee.

FILED BY ___AP___ D.C.

Apr 27, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____

No. 21-10490-GG

_____

R.T.G. FURNITURE CORP.,

                                                                Plaintiff - Appellant,

versus

ASPEN SPECIALTY INSURANCE COMPANY,
CRUM & FORSTER SPECIALTY INSURANCE COMPANY,
EVANSTON INSURANCE COMPANY,
EVEREST INDEMNITY INSURANCE COMPANY,
HALLMARK SPECIALTY INSURANCE COMPANY, et al.,

                                                                Defendants - Appellees.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

ORDER:

Before the Court are: (1) "Plaintiff/Appellant's Motion to Consolidate Related Appeals for Oral Argument," filed in case no. 20-14812; (2) "Plaintiff/Appellant's Motion to Consolidate Related Appeals for Oral Argument," filed in case no. 21-10190; (3) "Appellant's Motion to Consolidate Oral Argument," filed in case no. 21-10490; and (4) "United Policyholders' Motion for Leave to File Brief as *Amicus Curiae* in Support of Plaintiff-Appellant," filed in case no. 21-10490.

The motions to consolidate filed by the appellants in case nos. 20-14812, 21-10190, and 21-10490 are GRANTED in that the cases will be CONSOLIDATED for merits disposition after briefing has been completed. Briefing will continue to proceed separately in each appeal.

"United Policyholders' Motion for Leave to File Brief as *Amicus Curiae* in Support of Plaintiff-Appellant," filed in case no. 21-10490, is GRANTED.

/s/ Beverly B. Martin
UNITED STATES CIRCUIT JUDGE